Fill in this information to identify your case:

United States Bankruptcy Court for the:
Northern District of Illinois

Case number (if known): _____

Chapter you are filing under:
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

**About Debtor 1:**

1. **Your full name**

   Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

   Bring your picture identification to your meeting with the trustee.

   First name: Inglish
   Middle name: India
   Last name: Washington
   Suffix (Sr., Jr., II, III): _____

**About Debtor 2 (Spouse Only in a Joint Case):**

   First name: _____
   Middle name: _____
   Last name: _____
   Suffix (Sr., Jr., II, III): _____

   [FILED FEB 02 2018 JEFFREY P. ALLSTEADT, INTAKE CLERK, UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS]

2. **All other names you have used in the last 8 years**

   Include your married or maiden names.

   First name: _____
   Middle name: _____
   Last name: _____

   First name: _____
   Middle name: _____
   Last name: _____

3. **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

   xxx – xx – 6 5 1 3
   OR
   9 xx – xx – ___ ___ ___ ___

   xxx – xx – ___ ___ ___ ___
   OR
   9 xx – xx – ___ ___ ___ ___

Official Form 101  Voluntary Petition for Individuals Filing for Bankruptcy  page 1

Debtor 1 __English India Washington__  Case number (if known) _____
         First Name   Middle Name   Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☒ I have not used any business names or EINs.<br><br>_____ Business name<br><br>_____ Business name<br><br>EIN __ __ - __ __ __ __ __ __ __<br><br>EIN __ __ - __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs.<br><br>_____ Business name<br><br>_____ Business name<br><br>EIN __ __ - __ __ __ __ __ __ __<br><br>EIN __ __ - __ __ __ __ __ __ __ |
| **5. Where you live** | **742 E. 105th St**<br>Number   Street<br><br>**Chicago    IL    60028**<br>City          State   ZIP Code<br><br>**Cook**<br>County<br><br>If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City          State   ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number   Street<br><br>_____<br>City          State   ZIP Code<br><br>_____<br>County<br><br>If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City          State   ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | Check one:<br><br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____ | Check one:<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____<br>_____<br>_____ |

Debtor 1  Inglish India Washington
First Name  Middle Name  Last Name

Case number (if known) _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☒ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No
☒ Yes. District Northern   When 11/1/2017   Case number 17-33178
District Northern   When 9/6/2017   Case number 17-26700
District Northern   When 3/17/2015   Case number 15-09359

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes. Debtor _____ Relationship to you _____
District _____ When __/__/____ Case number, if known _____

Debtor _____ Relationship to you _____
District _____ When __/__/____ Case number, if known _____

**11. Do you rent your residence?**

☐ No. Go to line 12.
☒ Yes. Has your landlord obtained an eviction judgment against you?
  ☒ No. Go to line 12.
  ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Inglish India Washington**
       First Name    Middle Name    Last Name

Case number (if known) _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any _____

Number  Street _____

_____

City _____ State ____ ZIP Code ____

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

☒ No

☐ Yes. What is the hazard? _____

_____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number  Street

_____

City _____ State ____ ZIP Code ____

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 4

Debtor 1 _Inglish India Washington_
      First Name   Middle Name   Last Name

Case number (if known) _____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☒ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Inglish India Washington**
First Name   Middle Name   Last Name

Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
- ☐ No
- ☐ Yes

**18. How many creditors do you estimate that you owe?**
- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0-$50,000
- ☒ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

x _____   x _____
Signature of Debtor 1                Signature of Debtor 2

Executed on  02 / 02 / 2018          Executed on ___ / ___ / _____
            MM / DD / YYYY                       MM / DD / YYYY

Debtor 1  Inglish India Washington   Case number (if known) _____
          First Name  Middle Name  Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____   Date _____
Signature of Attorney for Debtor              MM / DD / YYYY

Printed name _____

Firm name _____

Number  Street _____

_____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

Debtor 1  **Inglish India Washington**
         First Name  Middle Name  Last Name                Case number (if known)_____

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☒ No
☐ Yes. Name of Person_____
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

x _(signed)_____              _____
Signature of Debtor 1                      Signature of Debtor 2

Date  02/02/2018                           Date  _____
      MM / DD / YYYY                              MM / DD / YYYY

Contact phone  773 540-1037                Contact phone _____

Cell phone _____                  Cell phone _____

Email address  Inglish05 2005@hotmail.com   Email address _____

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 8

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:                                    )
                                          )
                                          )
                                          )    Case No.
   Debtor (s)                             )
                                          )    Chapter
                                          )
                                          )

List of Creditors

*See attached list of Creditors 1 of 4*

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case<br>Northern District of Illinois<br>Chicago<br>Fri Feb  2 11:19:19 CST 2018 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Capital One Auto Finance, a division of Capi<br>P.O. Box 165028<br>Irving, TX 75016-5028 |
| Capital One Auto Finance, a divison of Capit<br>4515 N Santa Fe Ave. Dept APS<br>Oklahoma City, OK 73118-7901 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | (d) Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| (d) Commonwealth Financial<br>Attn: Bankruptcy Dept.<br>245 Main St<br>Dickson City PA 18519-1641 | (d)Illinois Department of Revenue<br>Bankruptcy Unit<br>P O Box 19035<br>Springfield IL 62794-9035 | AT&T Mobility Bankruptcy Dept.<br>PO Box 6428<br>Carol Stream IL 60197-6428 |
| Arnold Scott Harris, PC<br>Bankruptcy Dept.<br>222 Merchandise Mart, #1932<br>Chicago IL 60654-1103 | At&T Mobility<br>CIO Receivables Performanc<br>20816 44th Ave. W<br>Lynnwood WA 98036-7744 | Attorney General of Illinois<br>Bankruptcy Dept<br>100 W. Randolph St<br>Chicago IL 60601-3218 |
| Bank of America Bankruptcy Dept<br>PO Box 53132<br>Phoenix AZ 85072-3132 | CBV Collections Bankruptcy Dept.<br>619 E, 16th Ave., Ste. J<br>Cordele GA 31015-1792 | CKS Financial Bankruptcy Dept.<br>505 Independence Pkwy., Ste. 300<br>Chesapeake VA 23320-5178 |
| Capital One<br>Bankruptcy Department<br>PO Box 21887<br>Eagan MN 55121-0887 | Capital One<br>POB 30285<br>Salt Lake City UT 84130-0285 | Capital One Auto Finance<br>Attn: Bankruptcy Dept<br>3901 Dallas Pkwy<br>Plano TX 75093-7864 |
| Capital One Auto Finance, a division<br>of Capital One, N.A. c/o AIS<br>Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of CA<br>P.O. Box 165028<br>Irving TX 75016-5028 | Capital One Auto Finance, a division of Capi<br>AIS Portfolio Services, LP<br>P.O. Box 165028<br>Irving, TX 75016-5028 |
| City of Chicago<br>Department of Revenue<br>Bureau of Parking Bankruptcy<br>121 N LaSalle St Room 107A<br>Chicago IL 60602-1232 | City of Chicago Bureau Parking Department of<br>PO Box 88292<br>Chicago IL 60680-1292 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris, P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago IL 60604-3517 |
| Commonwealth Financial<br>Attn: Bankruptcy Dept<br>245 Main St.<br>Dickson City PA 18519-1641 | (p)CONTINENTAL FINANCE COMPANY LLC<br>PO BOX 8099<br>NEWARK DE 19714-8099 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| Debt Recovery Solutions, LLC<br>Bankruptcy Dept<br>900 Merchants Concourse, #106<br>Westbury NY 11590-5114 | Ford Credit<br>Bankruptcy Department<br>PO Box 64400<br>Colorado Springs CO 80962-4400 | Ford Motor Credit Company Bankruptcy Depart<br>PO Box 537901<br>Livonia MI 48153-7901 |

Great Lakes Higher Education
Bankruptcy Dept.
PO Box 2992
Milwaukee WI 53201-2992

Greatlakes Higher Education
Bankruptcy Dept.
PO Box 2992
Milwaukee WI 53201-2992

IDES
Bankruptcy Department
33 S. State Street
8th Floor
Chicago IL 60603-2804

IL Dept of Revenue Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035

IRS Non-Priority Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101-7346

Illinois Department of Employment Security
Bankruptcy Unit Collection Subdivision
33 South State Street 10th Floor
Chicago IL 60603-2808

Illinois Department of Revenue
Bankruptcy Dept
P O Box 64338
Chicago IL 60664-0338

Illinois Student Assistance Commission
1755 Lake Cook Rd
Deerfield IL 60015-5209

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346

Lendgreen Bankruptcy
Dept PO Box 221
Lac Du Flambeau WI 54538

Navient
Attn: Bankruptcy Dept.
PO Box 9500
Wilkes Barre PA 18773-9500

New Mexico Ed. Assist.
Attn: Bankruptcy Dept.
7400 Tiburon St NE
Albuquerque NM 87109-5910

Omar Smith
330 W 105th St
Chicago IL 60628

PNC Bank Bankruptcy Dept
222 Delaware Avenue
Wilmington DE 19801-1621

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Secretary of State Bankruptcy Dept
2701 S. Dirksen Pkwy.
Springfield IL 62723-0002

Sherman & Sherman
Bankruptcy Dept.
120 S. LaSalle St #1450
Chicago IL 60603-3449

Speedy Cash Bankruptcy Department
P.O. Box 780408
Wichita KS 67278-0408

Sunrise Credit Services, Inc.
Bankruptcy Dept.
234 Airport Plaza Blvd,. Ste 4
Farmingdale NY 11735-3938

Tri Core Reference Lab, c/o
The Advantage Group PO Box 93877
Albuquerque NM 87199-3877

US Cellular
Bankruptcy Department
P O Box 7385
Madison WI 53707-7835

US Dept of Ed./GLELSI Attn: Bankruptcy Dept.
PO Box 7860
Madison WI 53707-7860

Verizon Wireless
Attn: Bankruptcy Dept.
1 Verizon Pl
Alpharetta GA 30004-8510

West Lake Financial
4751 Wilshire Blvd
Suite 100
Los Angeles CA 90010-3847

Westlake Services, LLC dba Westlake Finacia
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010-3847

Westlake Services, LLC dba Westlake Financia
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010-3847

Inglish India Washington
742 E. 105th St
Chicago, IL 60628-3024

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Continental Finance
Bankruptcy Department PO Box 8099
Newark DE 19714

(d)Continental Finance Company LLC
PO Box 8099
Newark DE 19714-8099

DIRECTV LLC
Attn: Bankruptcies
POB 6550
Greenwood Village CO 80155-6550

(d)Illinois Department of Revenue
Bankruptcy Unit
P O Box 19035
Springfield IL 62794-9035

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)(u) Brockton Capital

(u)(u) Commonwealth Financial

(u)(u) Continental Finance

(u)(u) Ford Credit

(u)(u) Ford Motor Company

(u)(u) Lendgreen

(u)(u) NM Ed Asst

(u)(u) Navient

(u)(u) PNC Bank

(u)(u) Speedy Cash

(u)(u) The Advantage Group

(u)(u) Tri Core Referne Lab

(u)(u) US Dept of ED/Gleslsi

(u)(u)Capital One Auto Finance

(u)Advocate Medical

(d)Atlas Acquisitions LLC
294 Union St.
Hackensack NJ 07601-4303

(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

(d)Capital One Auto Finance, a division of Ca
P.O. Box 165028
Irving TX 75016-5028

| | | |
|---|---|---|
| (d) City of Chicago Department of Finance<br>c/o Arnold Scott Harris, P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago, IL 60604-3517 | (d) U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago IL 60604-1702 | End of Label Matrix<br>Mailable recipients    58<br>Bypassed recipients    20<br>Total                  78 |